# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **REBECCA ROE** | **CIV. ACTION NO. 3:23-01279** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNATHAN RANDALL LOWERY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 30] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Remand [Doc. No. 24] filed by Plaintiff Rebecca Roe is **DENIED**.

Monroe, Louisiana, on this 28th day of February, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| REBECCA ROE | CIV. ACTION NO. 3:23-01279 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JOHNATHAN RANDALL LOWERY ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Plaintiff's motion to remand [doc. #24] is **DENIED**.

In Chambers, at Monroe, Louisiana, on this 28th day of February, 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE