# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **REBECCA ROE** | **CIV. ACTION NO. 3:23-01279** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNATHAN RANDALL LOWERY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 78] having been considered and no objections thereto having been filed,

**IT IS ORDERED** that Motion to Strike Pseudonyms and Compel Plaintiffs' Filing Without Anonymity [Doc. No. 59] filed by Movement and Lowery is hereby **GRANTED IN PART AND DENIED IN PART.** To the extent that Movement and Lowery move to strike the pseudonyms under Federal Rule of Civil Procedure 12(f), the motion is **DENIED**. To the extent that they move to compel Roe to proceed under her legal name, rather than anonymously, the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Rebecca Roe, individually and on behalf of her minor children ABC and DEF, **AMEND** her Complaint consistent with this Order.

**IT IS RECOMMENDED** that Movement's Motion to Dismiss Minor Children for Lack of Procedural Capacity and/or Failure to State a Claim upon which Relief can be Granted [Doc. No. 61] is **DENIED**.

Monroe, Louisiana, on this 3rd day of January, 2025.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**