# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **CHELSEA BELCHER** | **CIVIL ACTION NO. 23-cv-01279** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JOHNATHAN RANDALL LOWERY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the Report and Recommendation of the Magistrate Judge [Doc. No. 200] and noting no written and filed objections thereto,

**IT IS ORDERED** that the Motion to Reopen Case, to Enforce Settlement, and for Penalty Damages for Bad Faith [Doc. No. 190] filed by Plaintiff, Chelsea Belcher ("Belcher"), is **GRANTED IN PART** and **DENIED IN PART**. The Motion to Reopen [Doc. No. 190] is **GRANTED** for the limited purpose of granting the parties sixty more days to finalize the terms of the settlement agreement. The Motions to Enforce Settlement and for Penalty Damages [Doc. No. 190] are **DENIED**.

**IT IS FURTHER ORDERED** that to the extent Defendants seek sanctions against Belcher in their oppositions to her Motions [Doc. No. 192, pp. 4, 7; Doc. No. 194, pp. 6–7], those requests are **DENIED**.

MONROE, LOUISIANA, this 9th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE